UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE DRIVE ACCOUNTS AND EMAIL ADDRESSES, THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE, AS FURTHER DESCRIBED IN ATTACHMENT A | Case No. 22-MJ-113 1st Ext |

**FIRST EXTENSION OF GOVERNMENT'S MOTION TO SEAL
SEARCH WARRANT, APPLICATION, AND AFFIDAVIT**

The United States of America requests that this Court continue to seal all materials, including the search warrant, application, and affidavit, filed, or issued under the above-captioned case number, for a period of six months. In support of this motion, the government states the following:

1. On June 16, 2022, the government submitted an application for a search warrant under the above-captioned case number. The application for the warrant was supported by an affidavit that described the government's investigation to date and facts supporting probable cause to issue the warrant.

2. On June 17, 2022, this Court issued the requested warrant.

3. The government's investigation of this matter is ongoing. Disclosure of the search warrant materials would jeopardize the investigation by disclosing the details of facts known to the government, including the identities of subjects of the investigation, and the investigative strategy to date. Disclosure of the search warrant materials would also jeopardize the investigation by potentially allowing the subject of the investigation to destroy or tamper with evidence. For those reasons, the government respectfully requests that all materials filed or

issued under the above-captioned case number, including this motion and related order, continue to be sealed for a period of six months, or until further order by the Court, except as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or as required by federal statute or the Rules of Criminal Procedure.

Respectfully submitted, this 20th day of June, 2023.

GREGORY J. HAANSTAD
United States Attorney

By *s/ Mario F. Gonzales*
MARIO F. GONZALES
Assistant United States Attorney
United States Attorney's Office
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Tel: (414) 297-1700